THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DOUGLAS BERSAW,<br><br>       Plaintiff,<br><br>v.<br><br>DYNAMIC RECOVERY SOLUTIONS,<br><br>       Defendant. | Civil Action No. 1:15 cv-318-LM |

**DEFENDANT DYNAMIC RECOVERY SOLUTIONS'
RULE 7.1(a) DISCLOSURE STATEMENT**

Dynamic Recovery Solutions ("DRS") hereby certifies pursuant to Rule 7.1(a) Fed. R. Civ. P. that DRS is not a publicly traded company and no publicly owned entity owns 10% or more of DRS.

Dated: October 13, 2015

                                              DEFENDANT DYNAMIC
                                              RECOVERY SOLUTIONS,
                                              By its Attorneys,

                                              s/ Robert A. McCall
                                              Robert A. McCall
                                              NH Bar No. 14221
                                              Peabody & Arnold, LLP
                                              Federal Reserve Plaza
                                              600 Atlantic Avenue
                                              Boston, Massachusetts 02210
                                              (617) 951-2077
                                              rmccall@peabodyarnold.com

2

## CERTIFICATE OF SERVICE

      I, Robert A. McCall, hereby certify that on the 13th day of October, 2015 I served the foregoing document by electronic mail through the Clerk of Court's ECF System and by depositing a copy of the same in the United States Mail to:

Douglas Bersaw
139 Tully Brook Road
Richmond, New Hampshire 03470


                                                  s/ Robert A. McCall
                                                  Robert A. McCall

852958_1
1518-201