UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Douglas Bersaw                                         Hon. Landya McCafferty

v.

Dynamic Recovery Solutions LLC                Civil Case No. 15-cv-00318-LM

JOINT MEDIATION STATEMENT

Plaintiff, Douglas Bersaw (Plaintiff-pro-se), and Defendants, Dynamic Recovery Solutions LLC, (through counsel) hereby notify this Court that Mediation possibilities have been discussed and are not necessary as the parties are working towards completing a settlement.

s/s Douglas Bersaw – Plaintiff *pro se*
139 Tully Brook Road
Richmond, NH 03470
thebersaws@ihmmedia.net

s/s Robert A. McCall
Dynamic Recovery Solutions LLC – Counsel
Robert A. McCall, NH Bar No. 14221
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
telephone:  (617) 951-2061
fax: (617) 235-3534