UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DOUGLAST BERSAW,<br><br>        Plaintiff,<br><br>v.<br><br>DYNAMIC RECOVERY SOLUTIONS,<br><br>        Defendant. | Civil Action No. 1:15 cv-318-LM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    The parties hereby stipulate to the dismissal of all claims with prejudice, without costs, and with all rights of appeal waived.

| | |
|---|---|
| PLAINTIFF, *pro se*<br><br>/s/ Douglas Bersaw<br>Douglas Bersaw<br>139 Tully Brook Road<br>Richmond, NH 03470<br>(603) 239-8827<br>thebersaws@ihmmedia.net | DEFENDANT DYNAMIC RECOVERY SOLUTIONS,<br>By its Attorneys<br><br>s/ Robert A. McCall<br>Robert A. McCall<br>NH Bar #14221<br>John J. O'Connor<br>Pro Hac Vice Admission Pending<br>PEABODY & ARNOLD, LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>(617) 951- 2061<br>rmccall@peabodyarnold.com |

1

**CERTIFICATE OF SERVICE**

     I, Robert A. McCall, hereby certify that on the 8th day of November, 2016 I served the foregoing document by electronic mail through the Clerk of Court's ECF System and by depositing a copy of the same in the United States Mail to:

Douglas Bersaw
139 Tully Brook Road
Richmond, New Hampshire 03470

                          s/ Robert A. McCall
                          Robert A. McCall

1009535_1
16159-99884